## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM ROHLAND,** | : | **CIVIL ACTION NO. 1:10-CV-2420** |
| **Petitioner,** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **MICHAEL WENEROWICZ and,** | : | |
| **THE PENNSYLVANIA ATTORNEY** | : | |
| **GENERAL,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of December, 2012, upon consideration of petitioner

William Rohland's ("Rohland") Motion for Reconsideration (Doc. 76) of this court's

order (Doc. 75) adopting the report and recommendation of Magistrate Judge

Blewitt and for the reasons stated in this court's order (Doc. 79) denying Rohland's

certificate of appealability, the motion is DENIED.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge